UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BRADY MCGRUDER,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 17-cv-00649-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY **ORDERED AND ADJUDGED** that petitioner Brady McGruder's motion (Doc. 1) to vacate, set aside or correct her sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and that judgment is entered in favor of respondent **United States of America** and against petitioner **Brady McGruder**, and that this matter is **DISMISSED** with prejudice.

**DATED:** 6/26/2017

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:** *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**